# **EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Jane Montes
                          Plaintiff,

v.                                     Case No.: 1:12−cv−02892
                                     Honorable Joan B. Gottschall

Cicero Public School District 99, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2013:

      MINUTE entry before Honorable Mary M. Rowland: Settlement conference held and continued. Parties directed to conduct the major depositions in the case by May 17, 2013. Status set for May 16, 2013 at 9:00 AM to set a date for the close of all fact and expert discovery and to set the matter for further settlement conference, if appropriate. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.